IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01198-MSK-MEH

HCA-HEALTHONE LLC,
d/b/a SWEDISH MEDICAL CENTER,,

      Plaintiff,

v.

SUSAN LOU SPARKS TRUST,
VANCE SPARKS, as Trustee of the Susan Lou Sparks Trust, and
WIRTAINE SPARKS, as Trustee of the Susan Lou Sparks Trust.

      Defendants.

---

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS**

---

IT IS ORDERED that, within 30 days after judgment is entered, counsel for the parties shall obtain from the Court any exhibits and depositions used during this case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate proceedings. Failure to retrieve the exhibits and depositions in this matter in conformance with this Order may result in their destruction.

Dated this 3rd day of July, 2006.

      BY THE COURT:

      *Marcia S. Krieger*

      Marcia S. Krieger
      United States District Judge