**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:06-CV-01198-MSK-MEH

HCA-HealthONE LLC d/b/a SWEDISH MEDICAL CENTER,

      Plaintiff,

v.

SUSAN LOU SPARKS TRUST;
VANCE SPARKS, AS TRUSTEE OF THE SUSAN LOU SPARKS TRUST; and
WIRTAINE SPARKS, AS TRUSTEE OF THE SUSAN LOU SPARKS TRUST,

      Defendants.

**STIPULATED QUALIFIED PROTECTIVE ORDER**

Upon the Stipulation of the parties and good cause appearing therefor, the Court hereby orders as follows:

1. Each of the Parties seeks a qualified protective order regarding the production and/or disclosure of confidential medical information which is protected from disclosure under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 42 U.S.C. § 1320d et seq.

2. Pursuant to the stipulation of the Parties, the Court hereby orders as follows:

    (a) This *Stipulated Qualified Protective Order* applies to the production and/or disclosure of individually identifiable health information which is protected from disclosure under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 42 U.S.C. § 1320d et seq.

    (b) Before a party may receive any protected health information, that party shall comply with 45 C.F.R. § 164.512(e)(1); and

(c) Upon receipt of any protected health information, that party:

(i) is prohibited from using or disclosing the protected health information for any purpose other than the litigation or proceeding for which such information is requested; and

(ii) is required to return to the disclosing party or to destroy the protected health information (including all copies made) at the end of the litigation or proceeding.

3. This Protective Order may be modified by the Court at any time for good cause shown, following notice to all parties and an opportunity for them to be heard.

Entered at Denver, Colorado, this 17th day of November, 2006

FOR THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge

APPROVED AS TO FORM:

| LAW OFFICES OF FRANK J. BALL | SHERMAN & HOWARD LLC |
|---|---|
| *s/ Stephen S. Allen* | *s/ Jerome H. Sturhahn* |
| Frank J. Ball, Esq., CO #16477 | John W. Mill, Esq., CO #22348 |
| Stephen S. Allen, Esq., CO #31974 | Jerome H. Sturhahn, Esq., CO #36903 |
| 7880 E. Berry Place | 633 Seventeenth Street, Suite 3000 |
| Greenwood Village, CO 80111 | Denver, CO 80202 |
| Telephone: (303) 629-7000 | Telephone: (303) 297-2900 |
| Attorney for Plaintiff | Attorney for Defendants |