IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01198-MSK-MEH

HCA-HEALTHONE LLC,
d/b/a SWEDISH MEDICAL CENTER,

      Plaintiff,

v.

SUSAN LOU SPARKS TRUST,
VANCE SPARKS, as Trustee of the Susan Lou Sparks Trust, and
WIRTAINE SPARKS, as Trustee of the Susan Lou Sparks Trust,

      Defendants.

## ORDER ON DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER

      Defendants have moved to extend the deadlines for expert disclosures, discovery, and dispositive motions. [Filed January 25, 2007; Docket #51]. Defendants' sole grounds for this request are (1) the parties will engage in a private mediation on February 21, 2007 and should focus their time and money on that effort; and (2) the requested deadlines will not interfere with the trial in this matter. Plaintiffs oppose the motion based on a failure to establish good cause for extending the deadlines. Primarily, Plaintiffs argue that using the mediation as a reason for extending deadlines is premature, because the parties do not know what will happen at the mediation.

      The Court agrees that the motion is premature and should be denied without prejudice. Defendants may re-submit the motion if the circumstances so warrant after the conclusion of the mediation. If the mediation extends beyond February 21, 2007, that would be a relevant fact for the Court to know in determining the grounds for any requested extensions. With regard to any such renewed motion, the Court would tend to look favorably upon focusing limited resources toward settlement of the case, while at the same time ensuring that the final pretrial conference set for

October 2007 and the trial set for January 2008 remain undisturbed.

WHEREFORE, Defendants' Motion to Modify Scheduling Order [Filed January 25, 2007; Docket #51] is **denied** without prejudice to refiling consistent with the comments herein.

Dated at Denver, Colorado, this 16th day of February, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge