IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No. 06-cv-01198-MSK-MEH           Date:   March 12, 2007
Courtroom Deputy: Cathy Coomes                 **FTR – Courtroom A601**

HCA – HEALTHONE LLC, d/b/a Swedish Medical Center;     Stephen Allen

Plaintiff(s);

vs.

SUSAN LOU SPARKS TRUST;                              John W. Mill
VANCE SPARKS, as Trustee of the Susan Lou Sparks Trust;    J. H. Sturhahn
and WIRTAINE SPARKES, as Trustee of the Susan Lou
Sparks Trust;

Defendant(s).

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**     **10:20 a.m.**

Court calls case. Appearances of counsel.

Argument and discussion regarding Defendants' Motion to Modify Scheduling Order (Doc. #66, filed 3/6/07). Mr. Mill states that Plaintiff does not oppose extending the discovery deadline but does oppose extending the expert witness deadline.

Discussion regarding pending dispositive motions and the dispositive motion deadline.

**ORDERED:**   For reasons stated on the record, Defendants' Motion to Modify Scheduling Order (Doc. #66, filed 3/6/07) is GRANTED and the following deadlines are extended:

     1.    Initial expert disclosures:    **April 30, 2007**

     2.    Rebuttal expert disclosures:    **May 28, 2007**

     3.    Discovery cut-off:    **June 30, 2007**

       4.       Dispositive motions deadline: **July 24, 2007**

**Court in recess:**    **10:36 a.m.  (Hearing concluded)**
**Total time in court:**  0:16