IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01198-MSK-MEH

HCA-HEALTHONE LLC,
d/b/a SWEDISH MEDICAL CENTER,

      Plaintiff,

v.

SUSAN LOU SPARKS TRUST,
VANCE SPARKS, as Trustee of the Susan Lou Sparks Trust, and
WIRTAINE SPARKS, as Trustee of the Susan Lou Sparks Trust,

      Defendants.

## ORDER ON MOTION FOR LEAVE TO FILE SUR-REPLY TO SWEDISH'S REPLY IN SUPPORT [OF] MOTION TO COMPEL

Defendants have filed a motion to permit them to file a sur-reply in further opposition to Plaintiff's Motion to Compel (Docket #67). The Court has reviewed the arguments made in the motion to file sur-reply and has determined that they would have no impact on the outcome of the motion to compel. Therefore, the Motion for Leave to File Sur-Reply [Filed March 6, 2007; Docket #67] is **denied**.

Dated at Denver, Colorado, this 12th day of March, 2007.

                                          BY THE COURT:

                                          s/ Michael E. Hegarty
                                          Michael E. Hegarty
                                          United States Magistrate Judge