IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01198-MSK-MEH

HCA-HEALTHONE LLC,
d/b/a SWEDISH MEDICAL CENTER,

      Plaintiff,

v.

SUSAN LOU SPARKS TRUST,
VANCE SPARKS, as Trustee of the Susan Lou Sparks Trust, and
WIRTAINE SPARKS, as Trustee of the Susan Lou Sparks Trust,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 28, 2007.**

      For good cause shown, and upon agreement of the parties, the Defendants' Unopposed Motion to Excuse Wirtaine Sparks From Attending Settlement Conference [Filed March 27, 2007; Docket #83] is **granted**. Defendant Wirtaine Sparks is excused from personal attendance at the settlement conference scheduled in this matter for April 9, 2007, at 1:30 p.m.