IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01198-MSK-MEH

HCA-HEALTHONE LLC,
d/b/a SWEDISH MEDICAL CENTER,

        Plaintiff,

v.

SUSAN LOU SPARKS TRUST,
VANCE SPARKS, as Trustee of the Susan Lou Sparks Trust, and
WIRTAINE SPARKS, as Trustee of the Susan Lou Sparks Trust.

        Defendants.

## ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER comes before the Court upon the parties' Stipulated Motion for Dismissal With Prejudice **(#98).**[1] Pursuant to the stipulation,

**IT IS ORDERED** that the Motion **(#98) is GRANTED.** This action is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

Dated this 11th day of May, 2007

                              **BY THE COURT:**

                              Marcia S. Krieger
                              United States District Judge

---

[1] The Motion refers to Fed.R.Civ.P. 41(a)(1) which pertains to a notice of settlement and for which no Order of Dismissal is issued. However because the text of the Motion clearly requests issuance of an Order, the Court regards the Motion as being brought pursuant to Fed.R.Civ.P. 41(a)(2).